**Opinion issued June 9, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-26-00141-CV

———————————————

**HORINE OLUWOLE, Appellant**

**V.**

**MOS-PS, LTD, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1259537**

---

## MEMORANDUM OPINION

Appellant Horine Oluwole has filed a motion to dismiss his appeal, claiming the parties have reached a settlement agreement. Appellant asks that each party bear its own costs. We held this motion for 10 days as no certificate of conference was included. No response was filed.

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.

P. 42.1.  Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.